UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDER RUSSELL MIKOLASY,

             Plaintiff,

    v.

TOKIO MARINE GROUP HOLDINGS, et al.,

             Defendants.

CASE NO. 2:18-cv-01291-RAJ

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Richard A. Jones.

DATED this 6th day of September, 2018.

                             BRIAN A. TSUCHIDA
                             Chief United States Magistrate Judge